

## ORDERED in the Southern District of Florida on September 6, 2017.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                                 CASE NO. 17-19206-AJC

MARIA FERRER,                                                   Chapter 13

      Debtor.
_____/

### ORDER GRANTING EXTENSION OF TIME TO CURE FILING DEFICIENCIES

**THIS CAUSE** came before the Court upon Debtor's *Ex Parte Motion to Extend Deadline to File Schedules, and All Other Required Documents Under 11 U.S.C. § 521(A)(1)* [D.E. 20]("the Motion").The Motion is Debtor's second request for an extension of time to cure filing deficiencies and seeks a 45-day extension of the deadline, i.e. to October 20, 2017.  The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is **GRANTED** in part, as follows:

1. The time within which the Debtor must cure all filing deficiencies is extended to September 26, 2017.  **No further extensions will be granted without a hearing and showing of exceptional circumstances.**

2. In accordance with procedures and guidelines to be followed in a Chapter 13 case, the first monthly payment toward a Chapter 13 Plan is due 30 days after the date of filing. The Debtor having filed the case on July 21, 2017 Debtor's first payment became due on August 20, 2017.

# # #

Copy to:
Maria Ferrer, Debtor